IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 18-00341-01-CR-W-BP |
| ) | |
| BAILLIE RACHELLE DICKENSON, ) | |
| ) | |
| Defendant. ) | |

REPORT AND RECOMMENDATION
CONCERNING PLEA OF GUILTY

Defendant Baillie Rachelle Dickenson appeared before me pursuant to Fed.R.Crim.P. 11, Local Rule 72.1(b)(1)(J), and 28 U.S.C. § 636 and entered a plea of guilty pursuant to Fed.R.Crim.P. 11(c)(1)(A) and (B) to Count Two of the Indictment charging her with a violation of 18 U.S.C. § 113(a)(6), that is, assault resulting in serious bodily injury, and Count Five charging her with a violation of 18 U.S.C. § 1001, that is, making a false statement to a federal law enforcement officer. The Plea Agreement states that the Government agrees to dismiss Counts One, Three, Four, and Six of the Indictment at sentencing. I determined that the guilty plea is knowledgeable and voluntary and that the offenses charged are supported by an independent basis in fact containing each of the essential elements of such offenses. A record was made of the proceedings and a transcript has been requested.

Based on the foregoing, it is

RECOMMENDED that defendant Baillie Rachelle Dickenson's plea of guilty be accepted and that defendant Dickenson be adjudged guilty and have sentence imposed accordingly.

Failure to file written objections to this Report and Recommendation within fourteen days

from the date of its service shall bar an aggrieved party from attacking such Report and Recommendation before the assigned United States District Judge. 28 U.S.C. § 636(b)(1).

*/s/ Lajuana M. Counts*
Lajuana M. Counts
United States Magistrate Judge